473 A.2d 1015

**Harry WALLICK, Clerk of the Court of Common Pleas, Northumberland County, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 11, 1984.

Decided April 16, 1984.

Roger V. Wiest, Charles H. Saylor, Sunbury, for appellant.

Vincent J. Dopko, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.